# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **RICARDO GUYTON,** *on behalf of Himself and all others similarly situated*, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CEMEX CONSTRUCTION MATERIALS FLORIDA, LLC, and CEMEX, INC.,** )<br>)<br>)<br>)<br>**Defendants.** )<br>_____) | Case No. 8:22-cv-99 |

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants CEMEX CONSTRUCTION MATERIALS FLORIDA, LLC, and CEMEX, INC., (hereinafter "Defendants"), remove this action from the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. As grounds for removal and for no other purpose, Defendants state:

1.  On or about December 6, 2021, Plaintiff RICARDO GUYTON ("Plaintiff") commenced an action in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, captioned *RICARDO GUYTON v.*

FP 42706885.1

*CEMEX CONSTRUCTION MATERIALS FLORIDA, LLC, and CEMEX, INC*, Case No. 21-CA-009653 (the "State Court Action").

2. On or about December 13, 2021, Plaintiff served the Complaint on Defendants.

3. Defendants are filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint.  The date on or before which Defendants are required by law to remove this action is January 12, 2022.  Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida is located within the Middle District of Florida.  Local Rule 1.02(b)(4).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).

5. In accordance with 28 U.S.C. §1446(a) and Local Rule 4.02(b), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendants in the State Court Action, is attached to this Notice as <u>Exhibit A</u>.  Plaintiff has not served upon Defendants any other process, pleadings, or orders.

6. Promptly upon filing this Notice of Removal, Defendants will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal

with the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, as required by 28 U.S.C. §1446(d). Attached to this Notice as Exhibit B is a copy of the Notice of Defendants' Notice of Removal to Federal Court which is being filed in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

## This Court Has Original Federal Question Jurisdiction
## Over Plaintiff's Complaint

7. This Court has original jurisdiction over Plaintiff's Complaint because it alleges one count in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681. Pursuant to 29 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or the Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

WHEREFORE, Defendants hereby give notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and request that all further proceedings be conducted in this Court as provided by law.

Date: January 12, 2022            **FISHER & PHILLIPS, LLP**

                                                /s/ *Christine Howard*
                                                Christine Howard, Esq.
                                                Florida Bar No. 872229
                                                choward@fisherphillips.com
                                                Marisol Ruiz, Esq.
                                                Florida Bar No.: 1008134
                                                mruiz@fisherphillips.com
                                                FISHER & PHILLIPS LLP
                                                101 E. Kennedy Blvd., Suite 2350
                                                Tampa, FL 33602
                                                Telephone: (813) 769-7500
                                                Facsimile: (813) 769-7501

                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and via electronic mail.

    Marc R. Edelman, Esq.
    MORGAN & MORGAN, P.A.
    201 N. Franklin Street, Suite 700
    Tampa, FL 33602
    medelman@forthepeople.com

                                                 *s/ Christine Howard*
                                                Christine Howard, Esq.