UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICARDO GUYTON,

    Plaintiff,

v.                                            Case No: 8:22-cv-99-CEH-AEP

CEMEX CONSTRUCTION
MATERIALS FLORIDA, LLC and
CEMEX, INC.,

    Defendants.
_____/

**ORDER**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 14). In accord with Plaintiff's Notice of Voluntary Dismissal, it is **ORDERED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal is **APPROVED** (Doc. 14).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on February 1, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record